UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DISABLED PATRIOTS OF AMERICA,
INC, et al.,

        Plaintiff,        Case No.  04-74601

v.

        Magistrate Judge R. Steven Whalen

TAYLOR INN ENTERPRISES, INC.,

        Defendant.
_____/

## **JUDGMENT**

This matter was brought before the Court on Plaintiff's Application for Attorneys' Fees, Costs and Expert's Fees filed on 8/19/2005 [#20].  The Court GRANTED IN PART Plaintiffs' Application for Attorneys' Fees, Costs and Expert's Fees in Memorandum Opinion and Order entered on March 27, 2006.

Judgment is awarded in Plaintiff's favor pursuant to the Memorandum Opinion and Order entered on this date.

    **IT IS SO ORDERED.**

                      S/R. Steven Whalen
                      R. STEVEN WHALEN
                      UNITED STATES MAGISTRATE JUDGE

Dated:  March 27, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 27, 2006.

S/G. Wilson
Judicial Assistant